UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33108 |
|---|---|
| PAUL B. COATES | (Chapter 13) |
| KIMBERLY A. COATES | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985410**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 13/ 14 | BANK OF AMERICA NA USA<br>ATTN MR M BK<br>BOX 53160<br>PHOENIX, AZ  85072 | 35.24 |
| 14/ 13 | BANK OF AMERICA NA USA<br>ATTN MR M BK<br>BOX 53160<br>PHOENIX, AZ  85072 | 71.18 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2009

Certificate of Service         06-33108

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

PAUL B. COATES
KIMBERLY A. COATES
294 MONTANA DRIVE
XENIA, OH  45385

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(13.1)
BANK OF AMERICA NA USA
ATTN MR M BK
BOX 53160
PHOENIX, AZ  85072

(41.1n)
COUNTRYWIDE HOME LOANS INC
%MCCALLA RAYMER BANKRUPT DEPT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(42.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(36.1n)
GREGORY A STOUT
1014 VINE ST
SUITE 2320
CINCINNATI, OH  45202

(38.1n)
LAURA R FAULKNER
525 VINE ST
SUITE 800
CINCINNATI, OH  45202

(43.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     cs